IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
SOUTHERN DIVISION

No. 7:13-CV-00094-BR

| | |
|---|---|
| FAISAL ISMAIL,<br><br>        Plaintiff,<br><br>v.<br><br>CSX TRANSPORTATION, INC. and<br>UNITED TRANSPORTATION UNION,<br><br>        Defendants. | ORDER |

This matter is before the court regarding Plaintiff's motion to hold this case in abeyance for 90 days due to Plaintiff's ill health and need to acquire new counsel. [DE-22]. Defendant United Transportation Union consents to the requested relief, and Defendant CSX consents to a 60-day period of abeyance. For good cause shown, the court will allow in part the relief requested and the case will be held in abeyance, as specified below, to allow Plaintiff an opportunity to deal with health issues and obtain new counsel.

Accordingly, Plaintiff shall obtain counsel to enter an appearance in the case no later than **April 30, 2014,** or shall file a notice with the court indicating that he intends to proceed *pro se* by the same date. The parties shall submit a joint status report to include proposed deadlines for the completion of discovery and mediation, the filing of potentially dispositive motions, as well as any other matters requiring the court's attention, no later than **May 14, 2014**.

SO ORDERED, the 14 day of March 2014.

Robert B. Jones, Jr.
United States Magistrate Judge