IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
SOUTHERN DIVISION
NO. 7:13-cv-00094-BR

| | | |
|---|---|---|
| FAISAL ISMAIL, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | **ORDER** |
| | ) | |
| CSX TRANSPORTATION INC., | ) | |
| UNITED TRANSPORTATION UNION, | ) | |
| | ) | |
| Defendants. | ) | |

This matter is before the court on defendant CSX Transportation, Inc.'s unopposed motion to continue the trial. For good cause shown, the motion is ALLOWED. Trial is CONTINUED to 1 June 2015.

This 12 January 2015.

_____
W. Earl Britt
Senior U.S. District Judge