THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

No. 7:13-CV-00094-BR

| | |
|---|---|
| FAISAL ISMAIL, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | **ORDER** |
| ) | |
| UNITED TRANSPORTATION UNION ) | |
| and CSX TRANSPORATION, INC., ) | |
| ) | |
| Defendants. ) | |

This matter is before the Court on the Motion for Order for Payment of Mediator Fees [DE-62] filed by Patricia L. Holland ("Movant"). Movant is a mediator certified by this court who conducted the mandatory mediated settlement conference in this case on September 25, 2014. Mot. [DE-62] at 1. Movant contends that Plaintiff Faisal Ismail has failed to pay his portion of the mediator fee in the amount of $587.80. *Id.*, Ex. B [DE-62-2] at 1. Plaintiff was represented by counsel when this matter was filed but has been proceeding *pro* se since prior to the mediation. [DE-28, -35]. Prior to the filing of this motion, Movant requested payment from Plaintiff by email dated December 17, 2014, but Plaintiff failed to make payment. *Id.*, Ex. C [DE-62-2] at 2. Plaintiff has failed to respond to the motion.

Local Civil Rule 101.1b(b) provides for the compensation of mediators serving pursuant to the court's Local Alternative Dispute Rules. Movant was selected by the parties and appointed by the court, pursuant to Local Civil Rule 101.1c(a), to mediate this matter. [DE-18, -19]. Plaintiff has failed to dispute the validity of his portion of the mediator's fee or to petition the court, pursuant to Local Civil Rule 101.1b(c), for relief due to financial hardship.

Accordingly, Movant's motion [DE-62] is ALLOWED, and Plaintiff shall pay Patricia L. Holland the sum of $587.80 by no later than **April 1, 2015**.

SO ORDERED, this the 12 day of March 2015.

ROBERT B. JONES, JR.
United States Magistrate Judge