UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
SOUTHERN DIVISION

| | | |
|---|---|---|
| Faisal Ismail, ) | | |
| ) | | |
| Plaintiff, ) | | |
| ) | | |
| v. ) | **JUDGMENT** | |
| ) | | |
| United Transportation Union, ) | | |
| CSX Transportation, Inc., ) | 7:13-CV-94-BR | |
| ) | | |
| ) | | |
| Defendants. ) | | |
| ) | | |

**Decision by Court.**

**IT IS ORDERED, ADJUDGED AND DECREED** that CSXT's motion to strike, (DE # 69), is DENIED. Defendants' motions for summary judgment, (DE ## 41,43), are GRANTED. Plaintiff's motions to dismiss defendants' motions for summary judgment, (DE ## 56, 59), are DENIED. Judgment is entered in favor of defendants and this case is closed.

**This judgment filed and entered on April 27, 2015, and served on:**

Scott S. Cairns (via CM/ECF Notice of Electronic Filing)
Mark E. Anderson (via CM/ECF Notice of Electronic Filing)
Narendra K. Ghosh (via CM/ECF Notice of Electronic Filing)
Erika A. Diehl-Gibbons (via CM/ECF Notice of Electronic Filing)
Faisal Ismail (via US Mail at 3425 Sea Eagle Court, Wilmington, NC 28409)

April 27, 2015

JULIE RICHARDS JOHNSTON, CLERK

By: Deputy Clerk